UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BRAD FUSSELL, )<br>)<br>    Defendant. )<br>) | 2:10-cr-365-JCM-PAL<br><br><br>**ORDER** |

On January 11, 2012, the court granted Paul Riddle's oral motion to be relieved as counsel and that new counsel be appointed for the purpose of appeal (#159). Therefore;

IT IS HEREBY ORDERED that Beau Sterling is appointed in place of the Federal Public Defender for the purpose of appeal.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Sterling forthwith.

DATED this 12th day of January, 2012.

NUNC PRO TUNC: January 11, 2012

_____
JAMES C. MAHAN
United States District Judge